No. 37, Misc. FISH *v.* MARTIN, WARDEN. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 39, Misc. BOWLES *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 41, Misc. SHIELS ET AL. *v.* BALTIMORE & OHIO RAILROAD Co. C. A. 7th Cir. Certiorari denied. Petitioners *pro se*. *S. R. Prince* for respondent.

No. 43, Misc. KONVALIN *v.* NEBRASKA. Supreme Court of Nebraska. Certiorari denied.

No. 44, Misc. MEDINA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 45, Misc. ROGERS *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 46, Misc. BEARD *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied. Petitioner *pro se*. *C. Ferdinand Sybert*, Attorney General of Maryland, *Joseph S. Kaufman*, Assistant Attorney General, and *James H. Norris, Jr.*, Special Assistant Attorney General, for respondent.